# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Trustees of the Iron Workers Tri−State Welfare Plan

        Plaintiff,

v.

Case No.: 1:18−cv−06557
Honorable Charles P. Kocoras

Bumpy's Steel Erection LLC

        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2019:

    MINUTE entry before the Honorable Charles P. Kocoras: Motion hearing held. Plaintiff's motion for default judgment [9] is granted. All matters having been concluded, the instant action is hereby dismissed. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.