IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 18 cv 6557 |
| | ) ) | Judge Kocoras |
| v. | ) ) | |
| BUMPY'S STEEL ERECTION LLC | ) ) ) | |
| Defendant. | ) | |

## Judgment Order

WHEREAS, the Plaintiffs filed their Complaint on and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, BUMPY'S STEEL ERECTION LLC, in the sum of **$54,161.25** representing the following amounts:

| | | |
|---|---|---:|
| a) | ERISA Contributions (01/15 - 12/16) | $32,065.29 |
| b) | Liquidated Damages | $13,065.29 |
| c) | Attorney Fees and Costs | $4,930.50 |
| e) | Audit Fees | $3,300.00 |
| | **TOTAL** | **$54,161.25** |

Further, Plaintiffs are awarded their costs and attorneys' fees to execute or otherwise collect on this judgment.

ENTERED:

/s/ Charles P. Kocoras
CHARLES P. KOCORAS
UNITED STATES DISTRICT JUDGE

DATED: 1/17/19