

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 2 5 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN<br>   Judgment Creditors,<br>v.<br>BUMPY'S STEEL ERECTION LLC<br>   Judgment Debtor,<br>L. KEELEY CONSTRUCTION CO.<br>   Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 18 cv 6557<br>Judge Kocoras |

## ANSWER
(L. Keeley Construction Co.)

_____Tom Birkemeier, President_____, certify under penalty of perjury that with regard to the property of the judgment debtor, Bumpy's Steel Erection LLC, the Garnishee Respondent, L. Keeley Construction Co., files the following Answer to this Garnishment and is in possession of the following property of the judgment debtor.

A) Amount withheld that is due Bumpy's Steel Erection LLC,

> $0.00 at this time. Once Owners of Projects pay L. Keeley, then L. Keeley will have approximately $11,500.00, so the money is subject/contingent on Owner payments to L. Keeley.

B) Other Personal Property (Describe):

_____

_____

_____

According to the business records kept by the Garnishee Respondent we show the above information to be correct.

_____[signature]_____
Agent for Garnishee Respondent

## CERTIFICATE OF SERVICE

The original was filed with Court and a copy was sent to attorney for Judgment Creditors, Daniel P. McAnally, McGann, Ketterman & Rioux, 111 E Wacker Drive, Suite 2600, Chicago, IL 60601, on June 19, 2019.

_____