IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 18 cv 6557 |
| | ) | Judge Kocoras |
| v. | ) ) | |
| BUMPY'S STEEL ERECTION LLC | ) ) | |
| Defendant. | ) | |

NOTICE OF MOTION

To:    Ashanti Mitchell               Warren Moody
       Bumpy's Steel Erection LLC     River City Construction, LLC
       327 Missouri Ave.- Suite 520    6640 American Settler Drive
       East St. Louis, IL 62201           Ashland, MO 65010

PLEASE TAKE NOTICE that on **Thursday, August 1, 2019** I shall appear before the Honorable Judge Kocoras at approximately 9:30 a.m. in Courtroom 2325 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my *Motion for Turn Over*.

                              Trustees of the Iron Workers' Tri-state
                              Welfare Plan et al.

                              s/Daniel P. McAnally

Certificate of Service
I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Turn Over via U.S. first class mail to the person/s to who said Notice is directed on July 18, 2019, s/Daniel P. McAnally.

Daniel P. McAnally
McGann, Ketterman & Rioux
111 E. Wacker Drive - Suite 2600
Chicago, IL 60601
(312) 251-9700